UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:23-CV-00099-FDW

| | |
|---|---|
| JAMES BRANDON HENDERSON LAUGHTER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 8). The Commissioner has not filed a response in support of or opposition to the Motion, and the time for doing so has expired. For the reasons stated in the Motion, it is GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS SO ORDERED.**

Signed: September 25, 2023

Frank D. Whitney
United States District Judge